**DUANE MORRIS LLP**
Gerald L. Maatman, Jr. (*pro hac vice* forthcoming)
gmaatman@duanemorris.com
Jennifer A. Riley (*pro hac vice* forthcoming)
jariley@duanemorris.com
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: +1 312 499 6700
Fax: +1 312 499 6701

**DUANE MORRIS LLP**
Nick Baltaxe (SBN 329751)
nbaltaxe@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: +1 213 689 7400
Fax: +1 213 689 7401

Attorneys for Defendant
CAPSTONE LOGISTICS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA VARGAS, MARIA BARRERA, on behalf of themselves and all others similarly situated, and on behalf of the general public;<br><br>Plaintiffs,<br><br>v.<br><br>CAPSTONE LOGISTICS, LLC, a limited liability company; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.:<br><br>**DEFENDANT CAPSTONE LOGISTICS, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Removed Stanislaus County Superior Court, Case No. CV-24-000265]<br><br>*[Filed concurrently with Notice of Removal; Request for Judicial Notice, and Declaration of Greg Tuman]*<br><br>Complaint Filed: January 9, 2024 |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 7.1, Defendant Capstone Logistics, LLC by and through its attorneys, hereby submit their Corporate Disclosure Statement and state that:

1. Capstone Logistics, LLC is a limited liability company.
2. Capstone Logistics, LLC has only one member:
    a. Capstone Logistics Holdings, Inc., citizen of Delaware and Georgia.
3. No publicly-traded company owns 10% or more of the stock of Capstone Logistics, LLC

Dated: March 6, 2024

**DUANE MORRIS LLP**

By: */s/ Nick Baltaxe*
Gerald L. Maatman, Jr.
Jennifer A. Riley
Brandon L. Spurlock
Nick Baltaxe
Attorneys for Defendant CAPSTONE LOGISTICS, LLC