**DUANE MORRIS LLP**
Gerald L. Maatman, Jr. (*pro hac vice* forthcoming)
gmaatman@duanemorris.com
Jennifer A. Riley (*pro hac vice* forthcoming)
jariley@duanemorris.com
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: +1 312 499 6700
Fax: +1 312 499 6701

**DUANE MORRIS LLP**
Nick Baltaxe (SBN 329751)
nbaltaxe@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: +1 213 689 7400
Fax: +1 213 689 7401

Attorneys for Defendant
CAPSTONE LOGISTICS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA VARGAS, MARIA BARRERA, on behalf of themselves and all others similarly situated, and on behalf of the general public;<br><br>Plaintiffs,<br><br>v.<br><br>CAPSTONE LOGISTICS, LLC, a limited liability company; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.: 2:24-cv-00712-JDP<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed: January 9, 2024<br>Current Response Date: April 10, 2024<br>New Response Date: Wednesday, April 24, 2024 |

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, the Court enters the following order:

1. Defendant's deadline to respond to the Complaint is continued from April 10, 2024 to April 24, 2024.

IT IS SO ORDERED.

Dated:   April 16, 2024                                   _____
                                                         JEREMY D. PETERSON
                                                         UNITED STATES MAGISTRATE JUDGE