

United States District Court
Eastern District of California

| Antonia Vargas and Maria Barrera, | Case Number: 2:24-cv-00712-KJM-JDP |

Plaintiff(s)

V.

| Capstone Logistics, LLC, et al., |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jennifer A. Riley hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Capstone Logistics, LLC

On 11/09/2000 (date), I was admitted to practice and presently in good standing in the Illinois Supreme Court (Bar No. 6272366) (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/26/2024        Signature of Applicant: /s/ Jennifer Riley

**Pro Hac Vice Attorney**

Applicant's Name: Jennifer A. Riley
Law Firm Name: Duane Morris LLP
Address: 190 S. LaSalle Street, Suite 3700

City: Chicago  State: IL  Zip: 60603-3433
Phone Number w/Area Code: (312) 499-6711
City and State of Residence: Glencoe, Illinois
Primary E-mail Address: jariley@duanemorris.com
Secondary E-mail Address: mgruzlewski@duanemorris.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nick Baltaxe
Law Firm Name: Duane Morris LLP
Address: 865 South Figueroa Street
Suite 3100

City: Los Angeles  State: CA  Zip: 90017-5450
Phone Number w/Area Code: (213) 689-7420  Bar #: 329751

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 27, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Jennifer A. Riley

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2000 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 8th day of October, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



## Appellate Division of the Supreme Court
## of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Jennifer A. Riley

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 20, 2018**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Albany on October 8, 2024.*

*Clerk of the Court*

CertID-00194615



**State of New York**
**Supreme Court, Appellate Division**
**Third Judicial Department**
**Admissions Office**
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022