| | |
|---|---|
| 1 | Roman Otkupman, CSBN 249423 |
| | *Roman@OLFLA.com* |
| 2 | Nidah Farishta, CSBN 312360 |
| | *Nidah@OLFLA.com* |
| 3 | OTKUPMAN LAW FIRM, A LAW CORPORATION |
| | 5743 Corsa Ave., Suite 123, |
| 4 | Westlake Village, CA 91362 |
| | Telephone: (818) 293-5623 |
| 5 | Facsimile: (888) 850-1310 |
| 6 | *Attorneys for Plaintiffs* |
| 7 | DUANE MORRIS LLP |
| | Gerald L. Maatman, Jr. |
| 8 | *gmaatman@duanemorris.com* |
| | Jennifer A. Riley |
| 9 | *jariley@duanemorris.com* |
| | 190 South LaSalle Street, Suite 3700 |
| 10 | Chicago, IL 60603-3433 |
| | Telephone: (312) 499 6700 |
| 11 | Fax: (312) 499 6701 |
| 12 | DUANE MORRIS LLP |
| | Nick Baltaxe (SBN 329751) |
| 13 | *nbaltaxe@duanemorris.com* |
| | 865 South Figueroa Street, Suite 3100 |
| 14 | Los Angeles, CA 90017-5450 |
| | Telephone: (213) 689 7400 |
| 15 | Fax: (213) 689 7401 |
| 16 | *Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA VARGAS, MARIA BARRERA, on behalf of themselves and all others similarly situated, and on behalf of the general public, | CASE NO. 2:24-CV-00712-KJM-JDP |
| | **JOINT TRIAL PLAN** |
| Plaintiff, | |
| vs. | |
| CAPSTONE LOGISTICS, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive. | |
| Defendants. | |

JOINT TRIAL PLAN

DM2\20647578.1

Plaintiff Antonia Vargas ("Plaintiff Vargas") and Defendant Capstone Logistics, LLC ("Defendant") (together, the "Parties") by and through their respective counsel of record hereby submit the following Joint Trial Plan pursuant to this Court's order dated December 9, 2024.

## JOINT TRIAL PLAN

### I. Proposed Date and Length Of Trial

The parties agree that the trial should be held on a date convenient to the Court on or after July 10, 2025. The parties expect that the trial will last one (1) to two (2) days.

### II. Jury Trial or Bench Trial

Plaintiff's Position:

Plaintiff requests a jury trial on the issue of arbitrability.

Defendant's Position:

Defendant maintains that a bench trial is appropriate to resolve the limited issue of Plaintiff Vargas's notice of the Arbitration Agreement.

### III. Discovery Plan and Other Discovery Issues

Plaintiff's Position:

With respect to written discovery, Plaintiff proposes ten (10) requests for production per party and ten (10) interrogatories per party. With respect to discovery, Plaintiff proposes four (4) depositions per party as Plaintiff will need to take the depositions of at least four (4) witnesses including: (1) Steven Garcia (Site Manager); (2) Scott Dickinson (Senior Human Resources Information Systems Manager) (3) the Person Most Knowledgeable at Defendant regarding electronic signatures during the relevant time period; and (4) the Person Most Knowledgeable at Defendant regarding Defendant's onboarding process during the relevant time period.

1 | <u>Defendant's Position:</u>

Defendant maintains that, due to the limited scope of issue to be resolved, discovery should be limited. Defendant proposes no more than five (5) requests for production per party, and no more than five (5) interrogatories per party, and no more than one (1) deposition per party.

**IV.   Other Deadlines**

<u>The Parties</u> propose the exchange of Initial Disclosures no later than February 20, 2024, and the completion of discovery by May 10, 2025, or 60 days before the trial date.

The Parties further propose that the exchange of witness lists and exhibit lists by June 10, 2025, or 30 days before the trial date.

Dated:  December 20, 2024
OTKUPMAN LAW FIRM,
A Law Corporation

By:   */s/ Nidah Faristah*
ROMAN OTKUPMAN
NIDAH FARISHTA
Attorneys for Plaintiffs,
ANTONIA VARGAS and
MARIA BARRERA

JOINT TRIAL PLAN

DM2\20647578.1

| | | |
|---|---|---|
| Dated: December 20, 2024 | | DUANE MORRIS LLP |
| | By: | */s/ Nick Baltaxe* |
| | | GERALD M. MAATMAN, JR.<br>JENNIFER A. RILEY<br>NICK BALTAXE<br>Attorneys for Defendant,<br>CAPSTONE LOGISTICS, LLC |