

United States District Court
Eastern District of California

Antonia Vargas and Maria Barrera,

Plaintiff(s)

V.

Capstone Logistics, LLC, et al.,

Defendant(s)

Case Number: 2:24-cv-00712-KJM-JDP

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ryan T. Garippo hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Capstone Logistics, LLC

On 11/17/2022 (date), I was admitted to practice and presently in good standing in the Illinois Supreme Court #6342203 (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/26/2025            Signature of Applicant: /s/ Ryan T. Garippo

**Pro Hac Vice Attorney**

Applicant's Name: Ryan T. Garippo
Law Firm Name: Duane Morris LLP
Address: 190 S. LaSalle Street, Suite 3700

City: Chicago   State: IL   Zip: 60603
Phone Number w/Area Code: (312) 499-6751
City and State of Residence: Naperville, Illinois
Primary E-mail Address: rgarippo@duanemorris.com
Secondary E-mail Address: mgruzlewski@duanemorris.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jennifer A. Riley
Law Firm Name: Duane Morris LLP
Address: 190 S. LaSalle Street, Suite 3700

City: Chicago   State: IL   Zip: 60603-3433
Phone Number w/Area Code: (312) 499-6711   Bar #: 360545

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 8, 2025

/s/ [signature]
SENIOR UNITED STATES DISTRICT JUDGE

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Ryan Thomas Garippo

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/17/2022 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 25th day of June, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois