**DUANE MORRIS LLP**
Gerald L. Maatman, Jr. (admitted *pro hac vice*)
gmaatman@duanemorris.com
Ryan T. Garippo (admitted *pro hac vice*)
rgarippo@duanemorris.com
190 South LaSalle Street, Suite 3700
Chicago, IL  60603-3433
Telephone: +1 312 499 6700
Fax: +1 312 499 6701

**DUANE MORRIS LLP**
Jennifer A. Riley (SBN 360545)
jariley@duanemorris.com
Samson C. Huang (SBN 273785)
schuang@duanemorris.com
Betty Luu (SBN 305793)
bluu@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Telephone: +1 213 689 7400
Fax: +1 213 689 7401

Attorneys for Defendant
CAPSTONE LOGISTICS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA VARGAS, MARIA BARRERA, on behalf of themselves and all others similarly situated, and on behalf of the general public;<br><br>Plaintiffs,<br><br>v.<br><br>CAPSTONE LOGISTICS, LLC, a limited liability company; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.: 2:24-cv-00712-KJM-JDP<br><br>**ORDER GRANTING DEFENDANT CAPSTONE LOGISTICS, LLC'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT TESTIMONY OF SCOTT DICKINSON BY VIDEO CONFERENCE** |

ORDER

# ORDER

The Court having reviewed and considered Defendant Capstone Logistics, LLC's Unopposed Motion For Administrative Relief To Permit Testimony Of Scott Dickinson By Video Conference (the "Motion"), and for good cause in compelling circumstances appearing, as well as the existence of appropriate safeguards, HEREBY ORDERS THAT:

1. For the reasons stated therein, the Motion is **GRANTED**.

2. Mr. Scott Dickinson may testify at the arbitrability trial remotely by video conference.

3. The parties shall coordinate with Courtroom Deputy Mira Francel well in advance of trial to ensure all arrangements are made for Mr. Dickinson's testimony by video to proceed promptly at the time he's called as a witness, and then without interruption.

**IT IS SO ORDERED.**

DATED: August 13, 2025.

SENIOR UNITED STATES DISTRICT JUDGE