**DUANE MORRIS LLP**
Gerald L. Maatman, Jr. (admitted *pro hac vice*)
gmaatman@duanemorris.com
Ryan T. Garippo (admitted *pro hac vice*)
rgarippo@duanemorris.com
190 South LaSalle Street, Suite 3700
Chicago, IL  60603-3433
Telephone: +1 312 499 6700
Fax: +1 312 499 6701

**DUANE MORRIS LLP**
Jennifer A. Riley (SBN 360545)
jariley@duanemorris.com
Samson C. Huang (SBN 273785)
schuang@duanemorris.com
Betty Luu (SBN 305793)
bluu@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Telephone: +1 213 689 7400
Fax: +1 213 689 7401

Attorneys for Defendant
CAPSTONE LOGISTICS, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIA VARGAS, MARIA BARRERA, on behalf of themselves and all others similarly situated, and on behalf of the general public;<br><br>Plaintiffs,<br><br>v.<br><br>CAPSTONE LOGISTICS, LLC, a limited liability company; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.: 2:24-cv-00712-KJM-JDP<br><br>**ORDER GRANTING STIPULATION TO ARBITRATION** |

## ORDER

The Court having reviewed and considered Defendant Capstone Logistics, LLC's ("Defendant" or "Capstone") and Plaintiffs Antonia Vargas's ("Plaintiff" or "Vargas") Stipulation To Arbitration (the "Stipulation"), **HEREBY ORDERS THAT**:

1. Plaintiff Vargas' individual claims against Capstone as asserted in this lawsuit should be submitted to final and binding arbitration on an individual basis pursuant to the terms of the Employment-At-Will and Arbitration Agreement (the "Arbitration Agreement").

2. Plaintiffs Vargas' putative class claims against Capstone should be dismissed with prejudice as to Plaintiff and without prejudice as to the putative class members.

3. Plaintiff Vargas' individual Private Attorneys General Act ("PAGA") claims against Capstone should be submitted to final and binding arbitration on an individual basis pursuant to the terms of the Arbitration Agreement, and the Court should stay the non-individual PAGA claims pending completion of the individual arbitration.

**IT IS SO ORDERED.**

DATED: August 22, 2025.

UNITED STATES DISTRICT JUDGE