UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonia Vargas, et al., | No. 2:24-cv-00712-KJM-JDP |
| Plaintiffs, | ORDER |
| v. | |
| Capstone Logistics, LLC, et al., | |
| Defendants. | |

On August 25, 2025, the court granted the parties' stipulated request to submit some of plaintiffs' claims to arbitration and to dismiss and stay other claims pending arbitration. ECF No. 69. The court also vacated the previously scheduled bench trial and directed the parties to submit a status report following the completion of arbitration. ECF No. 70. Having reviewed the docket of this action and finding good cause, the court further orders the parties to submit joint status reports describing the progress of their arbitration **every ninety days** until that arbitration concludes.

IT IS SO ORDERED.

DATED: September 9, 2025.

SENIOR UNITED STATES DISTRICT JUDGE

1