Roman Otkupman, CSBN 249423
*Roman@OLFLA.com*
Nidah Farishta, CSBN 312360
*Nidah@OLFLA.com*
**OTKUPMAN LAW FIRM, A LAW CORPORATION**
5743 Corsa Ave., Suite 123,
Westlake Village, CA 91362
Telephone: (818) 293-5623

Attorneys for Plaintiffs,
ANTONIA VARGAS, MARIA BARRERA

**DUANE MORRIS LLP**
Gerald L. Maatman, Jr.
GMaatman@duanemorris.com
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: +1 312 499 6700

**DUANE MORRIS LLP**
Jennifer A. Riley (SBN 360545)
JARiley@duanemorris.com
Daniel D. Spencer (SBN 292078)
DDSpencer@duanemorris.com
Kenny Tran (SBN 345377)
KTran@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017-5450
Telephone: +1 213 689 7400

Attorneys for Defendant
CAPSTONE LOGISTICS, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIA VARGAS, MARIA BARRERA, on behalf of themselves and all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br>v.<br><br>CAPSTONE LOGISTICS, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00712-TLN-JDP<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS PLAINTIFF BARRERA'S INDIVIDUAL CLAIMS** |

Before the Court is Plaintiff Barrera's and Defendant's Joint Stipulation and Motion to Dismiss Plaintiff Barrera's Individual Claims. Good cause appearing, the Court **GRANTS** the Joint Motion as follows:

1. Plaintiff Barrera's individual claims against Defendant in this action are **DISMISSED WITH PREJUDICE**;

2. Plaintiff Barrera's non-individual PAGA claim against Defendant in this action is **DISMISSED WITHOUT PREJUDICE;**

3. This dismissal does not affect any of Plaintiff Vargas' claims, which are still pending.

**IT IS SO ORDERED.**

DATED: September 16, 2026

Troy L. Nunley
Chief United States District Judge